UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-00116-D-19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| DONALD RAY GARDNER | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED Government's Motion at Docket Entry # 993 in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 25 day of April, 2018.

JAMES C. DEVER III
Chief United States District Judge